UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | File No. 25-cv-34 (ECT/SGE) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Christopher Fassih, | |
| Respondent. | |

Ana H. Voss, United States Attorney's Office, Minneapolis, MN, for Petitioner United States of America.

Douglas Olson, Minneapolis, MN, for Respondent Christopher Fassih.

In a Report and Recommendation dated August 19, 2025 [ECF No. 24], Magistrate Judge Shannon G. Elkins recommends granting Petitioner United States of America's Petition [ECF No. 1] and committing Respondent Christopher Fassih to the custody of the Attorney General, pursuant to 18 U.S.C. § 4246. Respondent objected to the Report and Recommendation. ECF No. 27. Because Respondent objected, the Report and Recommendation has been reviewed de novo. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b)(3).

Respondent's objections repeat the arguments from her post-hearing brief [ECF No. 19], and Judge Elkins addressed them in the Report and Recommendation. Respondent's objection is that the Government hasn't shown by clear and convincing evidence that she is likely to be a risk of serious injury to others if she is released. Her argument is that she does not have a history of violent or assaultive behavior. Judge Elkins addressed that. The

Eighth Circuit does not require a finding of past violent behavior to find future violence likely, and Judge Elkins pointed to ample record evidence supporting her conclusion: past threatening behaviors (including bomb threats to police stations), two attempts to unlawfully obtain a firearm, possession of child pornography, persecutory delusions, lack of insight or awareness of her mental illness, and refusal to take antipsychotic medications.  The Court independently confirmed that the Report and Recommendation accurately represents the record.  I have nothing more to add, and I conclude Judge Elkins's analysis and conclusions are correct.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS ORDERED THAT**:

1. Respondent Christopher Fassih's objections [ECF No. 27] to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation [ECF No. 24] is **ACCEPTED**.

3. Petitioner United States of America's Petition [ECF No. 1] is **GRANTED**.

4. Respondent Christopher Fassih shall be committed to the custody of the Attorney General for continued hospitalization and treatment pursuant to 18 U.S.C. § 4246 until suitable placement may be found or until Respondent's release no longer constitutes a substantial risk of bodily injury to another person or serious damage to the property of another.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 21, 2025            s/ Eric C. Tostrud
                                     Eric C. Tostrud
                                     United States District Court